UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SPUDRUNNER, INC., a Nevada close corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>REDI-SPUDS OF NEVADA, INC., a Nevada corporation; PETER VESCIO, an individual; and GEORGE R. HART, an individual,<br><br>                Defendants. | Case No.: 2:07-cv-1628-RLH-PAL<br><br>**O R D E R**<br><br>(Motion for Final Money Judgment–#38;<br>Motion for Default Judgment–#45;<br>Motion for Default Judgment–#47;<br>Report and Recommendation of Magistrate Judge–#55;<br>Report and Recommendation of Magistrate Judge–#56) |

       Before this Court are the **Orders and Reports of Findings and Recommendation of United States Magistrate Judge** (##55, 56, filed March 13 & 14, 2008), entered by the Honorable Peggy A. Leen regarding Plaintiff Spudrunner, Inc.'s Applications for Default Judgment (##45, 47, filed February 5, 2008). No objections were filed.

       Also before the Court is Plaintiff Spudrunner, Inc.'s ("Spudrunner") **Motion for Final Money Judgment Against Redi-Spuds of Nevada, Inc. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure** (#38), filed January 23, 2008. No objection was filed.

1

AO 72
(Rev. 8/82)

1   The Court has conducted a *de novo* review of the record in this case in accordance
2   with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Orders and
3   Reports of Findings and Recommendation of Magistrate Judge Leen should be accepted and
4   adopted. Moreover, because default judgment will be entered against Defendant Redi-Spuds of
5   Nevada, Inc. in the amount of $119,784.40 plus interest, the Court finds that Plaintiff's Motion for
6   Final Money Judgment is moot.

7   Accordingly, and for good cause appearing,

8   IT IS HEREBY ORDERED that Plaintiff's Motion for Final Money Judgment
9   (#38) is DENIED as moot.

10   IT IS FURTHER ORDERED that Magistrate Judge Leen's Orders and Reports of
11   Findings and Recommendation (##55, 56) are AFFIRMED, Plaintiff's Applications for Default
12   Judgment (##45, 47) are GRANTED, and the Clerk is directed to enter judgment accordingly.

14   Dated: April 1, 2008.

_____
ROGER L. HUNT
Chief United States District Judge